# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LUNDES GARRETT** | : |
| **Plaintiff,** | : |
| v. | : 3:15-CV-2285 |
| | : (JUDGE MARIANI) |
| **CHASE HOME FINANCE, LLC** | : |
| **and JP MORGAN CHASE, NA,** | : |
| **Defendants.** | : |

## ORDER

**AND NOW, THIS 17th DAY OF OCTOBER, 2016,** upon consideration of Defendant's Motion to Dismiss (Doc. 11), **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss (Doc. 11) is **GRANTED**.

2. Plaintiffs' Complaint (Doc. 1) is **DISMISSED**.

3. Plaintiff's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction and Declaratory Relief and Motion to Vacate Judgment for Fraud on the Court (Doc. 2) is **DENIED AS MOOT**.

4. Plaintiff is **NOT** granted leave to amend his Complaint.

5. The Clerk of Court is directed to **CLOSE** the above-captioned action.

Robert D. Mariani
United States District Judge